# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0721.  JULIET KILBY GRAHAM v. JOSEPH A. JACOBS et al.**

On June 30, 2015, the trial court entered a final order granting defendants Joseph A. Jacobs and Nathan Moore's motion to dismiss.  Graham filed a timely notice of appeal, and the case was docketed in this Court as Case Number A16A0720. Graham filed a second notice of appeal from the same order, which has been docketed as Case Number A16A0721.  Because this case is duplicative of the appeal in A16A0720, we hereby DISMISS this case as superfluous. Case Number A16A0720 remains pending for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/11/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*